IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

DEC - 3 2007

JAMES N. HATTEN, CLERK
By: _____ Deputy Clerk

| | |
|---|---|
| MARY J. EADY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Civil Action No. _____ |
| CITY OF ATLANTA, | ) ) ) |
| Defendant. | ) ) |

1:07-CV-2991-RLV

## COMPLAINT

COMES NOW Plaintiff Mary J. Eady, by her undersigned counsel, and pleads as follows.

### I. PRELIMINARY STATEMENT

1. This is an action seeking remedy and redress for violations of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e et seq. ("Title VII").

2. Plaintiff files this suit against Defendant for retaliation for engaging in protected activity in violation of Title VII.

### II. JURISDICTION AND VENUE

3. Plaintiff has satisfied the jurisdictional pre-requisites to suit, having timely filed an Equal Employment Opportunity Commission ("EEOC") charge of discrimination, and having received a notice of right-to-sue within ninety (90) days from the filing of this suit.

4. The federal question jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 1331.

5. Plaintiff is a resident of the State of Georgia and submits to the jurisdiction of this Court by filing suit.

6. Defendant City of Atlanta is a municipal corporation in the State of Georgia and is subject to the jurisdiction of this Court.

7. All of the acts and omissions complained of herein occurred within the Northern District of Georgia.

8. Accordingly, venue is proper in this Court.

### III. PARTIES

9. Defendant City of Atlanta, inter alia, operates and administers departments to serve the public, such as the Department of Aviation.

10. Plaintiff is a former employee of Defendant City of Atlanta's Department of Aviation ("Aviation Department").

### IV. FACTUAL ALLEGATIONS

11. Plaintiff worked for the Aviation Department from September 1982 until September 2007.

12. From 2002 until her termination, Plaintiff held a number of positions in the Aviation Department's Contracting Services Unit [purchasing and

2

procurement], including unit acting manager, supervisor of contracting and Senior Contracting Officer.

13. In or around November 2005, Plaintiff applied for a promotion to the position of Procurement Officer.

14. The Procurement Officer position was awarded to Lepora Manigault.

15. In April 2006, Plaintiff filed an EEOC charge of discrimination against the Aviation Department for failure to promote because of age.

16. Beginning in summer 2006, the Aviation Department, through Ms. Manigault, Plaintiff's direct supervisor, began a pattern of retaliation against Plaintiff.

17. The retaliatory acts included, but were not limited to: denial in March 2007 of her appeal of a June 2006 "needs improvement" performance review rating; a rating of "unacceptable" on an interim performance review in January 2007, which, according to Aviation Department policy, should not have been conducted while her appeal of the June 2006 rating was pending; requiring Plaintiff not only to supervise contract staff but also to perform contracting services, effectively making her do two jobs; imposing unrealistic deadlines on Plaintiff for completion of assignments; reprimanding her for being unable to attain these unrealistic deadlines

whereas other employees were given extensions of time to complete their work; and failing to provide her with the resources she needed to do her work adequately and timely.

18. On March 29, 2007, Plaintiff filed an EEOC charge of discrimination against the Aviation Department alleging retaliation against her for engaging in protected activity in April 2006 (one of the charges underlying this action, no. 410-2007-03095).

19. On April 3, 2007, Plaintiff was called to a meeting with Ms. Manigault at which, unbeknownst to Plaintiff, Marshan Oden, Human Resources Manager, was also present.

20. At that meeting, Ms. Manigault told Plaintiff the reason for the meeting was that past disagreements between Ms. Manigault and Plaintiff concerning the scope of Plaintiff's job made her not a "good fit" for her work unit.

21. Ms. Oden and Ms. Manigault gave Plaintiff one of two options: sign a letter of resignation they had prepared with an effective date of September 10, 2007, or be terminated immediately.

22. Under duress, Plaintiff initialed the letter of resignation.

23. On April 13, 2007, Plaintiff filed an EEOC charge of discrimination against the Aviation Department alleging termination and/or constructive discharge

in retaliation for engaging in protected activity in March 2007 (the other charge underlying this action, no. 410-2007-03296).

## COUNT I

## RETALIATION IN VIOLATION OF TITLE VII

24. Plaintiff restates and re-alleges paragraphs 11-23 of the Complaint as if fully set forth herein.

25. By the conduct stated, Defendant retaliated against Plaintiff for engaging in protected activity in violation of Title VII.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays;

a)  That the Court enter judgment against Defendant for back pay and reinstate Plaintiff, or grant front pay in lieu thereof;

b)  That the Court enter judgment against Defendant for compensatory and punitive damages to the maximum allowable under Title VII;

c)  That the Court enter judgment against Defendant for Plaintiff's expenses of litigation incurred in this matter, including reasonable attorneys' fees;

d)   That the Court grant Plaintiff a trial by jury; and

e)   That the Court grant Plaintiff such other and further relief as it deems just and proper.

This 28th day of November, 2007.

       **s/ John D. Wales, Esq.**
       Georgia Bar No. 730785
       Attorney for Plaintiff
       LAW OFFICES OF JOHN D. WALES
       1950 Spectrum Circle, Suite 400
       Marietta, Georgia 30067
       Telephone: (770) 850-2545
       Facsimile: (770) 850-2548
       Email: JohnDWales@aol.com

       **s/ Barbara M. Heyne, Esq.**
       Georgia Bar No. 350415
       Attorney for Plaintiff
       LAW OFFICES OF JOHN D. WALES
       1950 Spectrum Circle, Suite 400
       Marietta, Georgia 30067
       Telephone: (770) 850-2545
       Facsimile: (770) 850-2548
       Email: BarbaraMHeyne@aol.com